UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEGFRIED KESSLER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HERRERA, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00908-SMS PC<br><br>ORDER DENYING MOTION FOR RELIEF FROM ORDER DIRECTING COLLECTION OF FILING FEE, AND DIRECTING THE CLERK OF THE COURT TO CLOSE THIS FILE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Docs. 9 and 11) |

　　　　Plaintiff Siegfried Kessler, a federal prisoner proceeding pro se and in forma pauperis, filed this civil rights action on May 22, 2009. On June 19, 2009, and August 3, 2009, Plaintiff filed notices of voluntary dismissal and requests for relief from the Court's order directing collection of the $350.00 filing fee from his prison trust account.

　　　　The $350.00 filing fee is due upon the institution of a civil action, which occurred on May 22, 2009. 28 U.S.C. § 1914(a). Plaintiff's decision to voluntarily dismiss this action is not grounds for relief from the Court's order granting in forma pauperis status and directing the collection of the filing fee from Plaintiff's trust account. Therefore, Plaintiff's request for relief from the order is denied.

　　　　At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. Fed. R. Civ. P. 41(a)(1)(i); Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. Id.

Accordingly, Plaintiff's requests for relief from the Court's order directing collection of the $350.00 filing fee from his prison trust account are DENIED, and the Clerk of the Court is DIRECTED to close this file pursuant to Plaintiff's notices of voluntary dismissal filed on June 19, 2009, and August 3, 2009.  Fed. R. Civ. P. 41(a)(1)(i).

IT IS SO ORDERED.

**Dated:   August 10, 2009**              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE